UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR LOPEZ,

               Plaintiff,

               -against-

VF OUTDOOR, LLC d/b/a THE NORTH FACE,

               Defendant.

------------------------------------------------------------x

19-CV-11768 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of Judge Swain's Order staying the case until August 4, 2020, the April 28, 2020 initial case management conference is adjourned sine die.

**SO ORDERED.**

Dated: April 23, 2020
New York, New York

                     *s/ Ona T. Wang*
                     **Ona T. Wang**
                     United States Magistrate Judge